UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TRINIDAD DELGADILLO AND ELSA DELGADILLO** | § § § § | |
| **plaintiffs,** | § § | |
| v. | § § | Case 4:23-cv-1467 |
| **BANK OF AMERICA, N.A. AND CARRINGTON MORTGAGE SERVICES, LLC** | § § § § § | |
| **defendant.** | § | |

## REMOVAL EXHIBIT INDEX

Plaintiffs' original petition ..........................................................................................................1

Filing letter notice of lis pendens................................................................................................2

Citations and returns ...................................................................................................................3

Bank of America, N.A.'s original answer ...................................................................................4

Carrington Mortgage Services LLC's original answer ...............................................................5

State court docket........................................................................................................................6

Harris Central Appraisal District Report ....................................................................................7

Civil cover sheet .........................................................................................................................8

List of all counsel of record ........................................................................................................9