UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TRINIDAD DELGADILLO AND ELSA DELGADILLO** | § § § § | |
| **plaintiffs,** | § § | |
| v. | § § | Case 4:23-cv-1467 |
| **BANK OF AMERICA, N.A. AND CARRINGTON MORTGAGE SERVICES, LLC** | § § § § § | |
| **defendant.** | § | |

## BANK OF AMERICA, N.A. AND CARRINGTON'S
## RULE 26(a)(2) NOTICE OF DISCLOSURE

Bank of America, N.A. and Carrington Mortgage Services, LLC, certifies on January 16, 2024, it complied with federal rule of civil procedure 26(a)(2) and served its expert disclosures via email to counsel for plaintiffs.

Date: January 16, 2024

Respectfully submitted,

 */s/ Jessica A. Riley*
C. Charles Townsend
SBN: 24028053, FBN: 1018722
ctownsend@hinshawlaw.com
 --*Attorney in Charge*
Jessica A. Riley
SBN: 24102416, FBN: 3552754
jriley@hinshawlaw.com
Hinshaw & Culbertson, LLP
1717 Main Street, Suite 3625
Dallas, Texas 75201
telephone: 945-229-6380
facsimile: 312-704-3001

**ATTORNEYS FOR BANK OF AMERICA, N.A., AND CARRINGTON MORTGAGE SERVICES, LLC**

## CERTIFICATE OF SERVICE

A true and correct copy of this document was served on January 16, 2024 as follows:

**VIA ECF**
Jeffrey C. Jackson
Jeffrey Jackson & Associates, PLLC
2500 E. TC Jester Blvd, Suite 285
Houston, TX 77008
jeff@jjacksonllp.com
*Counsel for plaintiffs*

                                              */s/ Jessica A. Riley*
                                              Jessica A. Riley