UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRINIDAD DELGADILLO AND ELSA DELGADILLO,<br><br>*Plaintiffs,*<br><br>v.<br><br>BANK OF AMERICA, N.A. AND CARRINGTON MORTGAGE SERVICES, LLC,<br><br>*Defendants.* | CIVIL ACTION NO. 4:23-cv-01467 |

## FINAL DISMISSAL ORDER

Came on for consideration the Joint Stipulation of Dismissal (the "Stipulation") filed by Plaintiffs, Trinidad Delgadillo and Elsa Delgadillo ("Plaintiffs"), and Defendants Bank of America, N. A. and Carrington Mortgage Services, LLC (together the "Defendants") (all together the "Parties"). The Court, having considered the Stipulation, determines that the Stipulation should be acted upon. It is, therefore,

**ORDERED, ADJUDGED, and DECREED** all of Plaintiffs' claims brought or which could have been brought against Defendants and Carrington Foreclosure Services, LLC in this action are Dismissed with Prejudice. It is further,

**ORDERED, ADJUDGED, and DECREED** all of Defendants' claims brought or which could have been brought against Plaintiffs in this action are Dismissed with Prejudice. It is further,

**ORDERED, ADJUDGED, and DECREED** by consent and request of the Parties and the Court, the Court shall retain jurisdiction for the purposes of enforcing the terms of the settlement agreement between the Parties. It is further,

**ORDERED, ADJUDGED, and DECREED** all relief not granted herein is denied. Costs and fees associated with claims between Plaintiffs and Defendants are taxed against the party incurring same. This Order constitutes a final judgment in that it finally disposes of all parties and all claims remaining in this cause, and it may be appealed.

SIGNED this 13 day of February, 2024.

Andrew S. Hanen
UNITED STATES DISTRICT JUDGE